### MARY E. SHARP, APPELLANT, v. BOROUGH OF VINELAND ET AL., RESPONDENTS.

Argued May 20, 1937—Decided September 22, 1937.

For the appellant, *Philip P. Wodlinger* and *William C. Gotschalk*.

For the respondents, *Ralph N. Kellman*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, DONGES, DEAR, WELLS, WOLFSKEIL, COLE, JJ. 9.

*For reversal*—BODINE, HEHER, RAFFERTY, JJ. 3.